# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: DKC 19-0257 |
| **RICHARD ADAMS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR DETENTION HEARING

The Defendant, Richard Adams, by and through counsel, Julie M. Reamy, respectfully requests that this Honorable Court grant him a prompt detention hearing and states the following in support of his request:

1. On June 14, 2019, Mr. Adams had an initial appearance in this case and consented to detention.

2. On January 16, 2020, Mr. Adams entered a guilty plea to one count of Aiding and Abetting Armed Bank Robbery and one count of Aiding and Abetting the Brandishing of a Firearm During a Crime of Violence.

3. Mr. Adams will turn 60 years old in May and has a number of health conditions that place him at a higher risk of being seriously affected by the COVID-19 virus if contracted.

4. Mr. Adams respectfully requests prompt scheduling before the Court.

5. The Government has indicated that it is opposed to Mr. Adams' release and a hearing will therefore be required.

WHEREFORE the Defendant respectfully requests that this Court grant his request for a detention hearing.

Respectfully submitted,

_____
Julie M. Reamy

Julie M. Reamy, Attorney At Law, LLC
115 W. Saratoga Street
Baltimore, Maryland 21202
Office: (410) 605-0000
Fax: (410) 697-4006
Email: juliereamy@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2020, a copy of the foregoing *Request for Detention Hearing* was filed electronically in the United States District Court for the District of Maryland, was served electronically through the Clerk of the United States District Court using CM/ECF, upon Assistant United States Attorney, Paul Riley.

_____/s/_____
Julie M. Reamy